UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-14035-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA

vs.

KENT HUGHES,

Defendant.
_____/

FILED BY____CGA____D.C.

Aug 2, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

**STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE
ELEMENTS IN SUPPORT OF GUILTY PLEA**

The United States of America, by and through the undersigned Assistant United States Attorney, and KENT HUGHES (hereinafter referred to as the "Defendant" or "HUGHES"), together with his counsel, admit that the United States can prove the allegations contained in Count One of the Indictment, which charges him with conspiracy to harbor illegal aliens for the purpose of commercial advantage or private financial gain in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).  The Defendant also stipulates that the following recitation of the facts shall constitute the underlying factual basis for his guilty plea.  These facts are not all of the facts known to the United States in this case and are offered merely to provide a sufficient factual basis to support the Defendant's guilty plea.

On April 11, 2016, Homeland Security Investigations ("HSI") served TentLogix, Inc. ("TENTLOGIX), a Florida corporation headquartered in Fort Pierce, Florida, with a Notice of Inspection.  A Notice of Inspection is the procedure by which HSI initiates an audit of a business' employment records.   HSI requested TENTLOGIX to produce Form I-9s for all of its employees.  Form I-9 is used for verifying the identity and employment authorization of individuals hired for

1

employment in the United States. All United States employers must ensure proper completion of Form I-9 for each individual they hire for employment in the United States.

On April 26, 2016, TENTLOGIX provided HSI with Form I-9s for approximately 164 employees in response to the Notice of Inspection. On July 19, 2016, based on a review of the Form I-9s that TENTLOGIX provided, HSI identified 96 TENTLOGIX employees who appeared to be aliens not authorized to work in the United States. HSI provided TENTLOGIX with a list of the 96 employees, and warned TENTLOGIX it could be subject to criminal charges if it continued to employ these aliens.

In early 2017, Gary Hendry ("HENDRY"), the chief executive officer and majority owner of TENTLOGIX, Dennis Birdsall ("BIRDSALL"), the president of TENTLOGIX, and HUGHES met at HENDRY's residence in Martin County, Florida, which is within the Southern District of Florida, and devised a scheme to "transfer" the aliens employed by TENTLOGIX who were not authorized to work in the United States to KH Services, LLC ("KH Services"), which was to be established by HUGHES, so that they no longer appeared on TENTLOGIX's payroll. The purpose of the scheme was to conceal, harbor, and shield the aliens who worked for TENTLOGIX from HSI's audit. HENDRY agreed to cover all of the costs associated with KH Services, and agreed to pay HUGHES a fee for each alien who was transferred from TENTLOGIX's payroll to KH Services' payroll. HUGHES was aware ~~of this~~ TENTLOGIX was being audited by law enforcement but was not aware HSI had warned TENTLOGIX it could be subject to criminal charges if it continued to employ aliens not authorized to work in the United States.

On March 20, 2017, HUGHES formed KH Services for the sole purpose of concealing, harboring, and shielding the aliens employed by TENTLOGIX from HSI's audit. In April 2017, BIRDSALL delivered a $10,000 check to HUGHES issued by TENTLOGIX and made out to KH

2

Services. On April 19, 2017, HUGHES opened an account at Wells Fargo in Martin County, Florida, in the name of KH Services and deposited the $10,000 check into that account. HUGHES was the sole member and manager of KH Services. HUGHES operated KH Services out of his residence in Martin County, Florida.

In May 2017, most of the employees HSI had previously identified as aliens not authorized to work in the United States were transferred from TENTLOGIX's payroll to KH Services' payroll. These aliens continued to work for TENTLOGIX while purportedly being employed by KH Services.

Between May 2017 and March 2018, TENTLOGIX transferred over $3,000,000 to KH Services in 23 separate wire transfers for the express purpose of paying the aliens who continued to work for TENTLOGIX. BIRDSALL directed the wire transfers to be sent from TENTLOGIX's bank account at Seacoast Bank to KH Services' bank account at Wells Fargo.

BIRDSALL provided HUGHES with the hours worked and hourly rate for each alien on a bi-weekly basis based on timesheets he maintained at TENTLOGIX. HUGHES then transmitted this information to Paychex, Inc. ("Paychex"), a payroll services provider, so that paychecks drawn on KH Services' bank account at Wells Fargo were generated for the aliens who worked for TENTLOGIX.

After the paychecks were issued, BIRDSALL obtained the paychecks from HUGHES and distributed them to the aliens at TENTLOGIX's headquarters in Fort Pierce, which is within the Southern District of Florida.

In April 2018, HUGHES was interviewed by law enforcement. In sum, HUGHES admitted he created KH Services in March 2017, after the meeting at HENDRY's residence, for the sole purpose of concealing, harboring, and shielding the aliens employed by TENTLOGIX

3

from HSI's audit. Hughes stated that he knew TENTLOGIX was being audited, which prompted the need to shield the illegal aliens who worked for TENTLOGIX from the audit. HUGHES admitted that he knew what he was doing was illegal.

HUGHES personally obtained $80,000.00 in gross proceeds as a result of the conspiracy.

The defendant is aware of and understands the nature of the charges to which he is pleading guilty and understands that had he proceeded to trial, the United States would have had to prove the following elements beyond a reasonable doubt:

**Count 1:** Title 8, United States Code, Section 1324(a)(1)(A)(v)(I):

(1) The Defendant agreed with another person to try to accomplish a shared and unlawful plan to conceal, harbor, or shield aliens from detection in any place;

(2) Knowing or in reckless disregard of the fact such aliens came to, entered, or remained in the United States in violation of law;

(3) The defendant knew the unlawful purpose of the plan and willfully joined it; and

(4) The defendant's motive was commercial advantage or private financial gain.

The defendant and his attorney agree that the facts recited above meet these elements.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 7/31/19

BY: _____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 7/31/19

_____
ROBERT WATSON
ATTORNEY FOR DEFENDANT

Date: 7/31/19

_____
KENT HUGHES/DEFENDANT

4